FILED

OCT 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2687-JLS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., |
| | ) | Secs. 952 and 960 - Importation |
| JUAN MARMOLEJO-PAULINO, | ) | of Cocaine (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 19, 2007, within the Southern District of California, defendant JUAN MARMOLEJO-PAULINO, did knowingly and intentionally import approximately 3.7 kilograms (approximately 8.16 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/15/07.

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
10/1/07